UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DAVID DEAN RICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO. 2:11-CV-440 WL |
| v. | ) |
| | ) |
| JILL HAGAN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

OPINION AND ORDER

The United States Marshals Service has attempted to locate the defendants in this case: Nurse Jill Hagan, Nurse Mrs. Rendeana, and Nurse Wendy, but has been unable to do so based on the information and leads supplied by David Dean Rice, the *pro se* prisoner plaintiff. This is an exceedingly unusual circumstance. The court cannot find any instance in more than a decade in the Northern District of Indiana where a prisoner's lawsuit was dismissed because the defendants could not be found. Nevertheless, Mr. Rice has been told that unless the defendants can be located and served, it is impossible for this case to continue. He has been afforded several opportunities to provide additional information and the Marshals Service have made several attempts to locate and serve the defendants.

For the foregoing reasons, this case is **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED.

ENTERED: October 19, 2012

                                                                        s/William C. Lee
                                                                        William C. Lee, Judge
                                                                         United States District Court